# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151376(21)

TRUSTEES OF THE METROPOLITAN DETROIT
PLUMBING INDUSTRY TRAINING TRUST
FUND/DETROIT PLUMBING INDUSTRY JOINT
APPRENTICESHIP COMMITTEE,
            Plaintiff-Appellant,

v

STEVEN T. RIDENOUR,
            Defendant-Appellee.
_____/

SC: 151376
COA: 323041
St. Clair CC: 14-000437-AV

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time to file its reply in support of the application for leave to appeal is GRANTED. The reply submitted on June 3, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2015

